## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

NORMAN E. GREGORY,

               Petitioner

            v.

COURT OF COMMON PLEAS,
ALLEGHENY COUNTY,

               Respondent

: No. 73 WM 2014
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.